## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

RONALD S. RILEY                     :
                                    :
            Plaintiff,              :    C.A. No. 05-126
                                    :
v.                                  :
                                    :
THE DELAWARE RIVER AND              :
BAY AUTHORITY, JAMES JOHNSON,       :
Individually, JAMES WALLS, Individually,  :
TRUDY SPENCE-PARKER, Individually,  :
and CONSUELLA PETTY-JUDKINS,        :
Individually,                       :
                                    :
            Defendants,             :

## VOLUNTARY DISMISSAL

COMES NOW, the Plaintiff, by and through his undersigned counsel, who does hereby

voluntarily dismiss the above-captioned matter without prejudice.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JAMES P. HALL, ESQUIRE (#3293)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Plaintiff

DATE: 6/9/05

IT IS SO ORDERED this _____ day of _____, 2005.

_____
                                                    J.