# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. McLAUGHLIN
JAMES P. HALL
JOSEPH J. FARNAN, III
BRIAN E. FARNAN
MELISSA E. CARGNINO

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH, DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: Wilmington

January 11, 2006



*Via Facsimile (302) 576-3314*
Adria B. Martinelli, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

RE:   Riley v. The Delaware River and Bay Authority, et al.
      C.A. No.: 05-126 KAJ
      Our File No.: RILRO-3

Dear Ms. Martinelli:

As you are aware, I presently represent Ronald Riley in the above-captioned matter. I requested and you provided me an extension to respond to Defendant's Motion to Dismiss in this case. Mr. Riley is currently in the process of obtaining another attorney to proceed with his claim against your client. I have advised Mr. Riley that I will prepare a substitution of counsel for his new counsel. If Mr. Riley has not obtained an attorney by January 18, 2006, I will file a motion to withdraw from this case. As a result, I would hereby request a further extension to respond until such time as Mr. Riley has obtained another attorney and an appropriate deadline can be established Mr. Riley's new counsel. If you have any questions, please do not hesitate to contact my office. Thank you.

Very truly yours,

JAMES P. HALL

JPH/mff
cc:   Clerk, U.S. District Court
      Mr. Ronald Riley